Kristy L. Peters; AZ Bar No. 024756
kpeters@littler.com
Stanley R. Foreman Jr.; AZ Bar No. 032320
sforeman@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone:    602.474.3600
Facsimile:    602.957.1801

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gloria L. Cobbs,<br><br>          Plaintiff,<br><br>v.<br><br>Walmart Stores, Inc.; Mary Talley; and Christopher Alexander,<br><br>          Defendants. | Case No.<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION (FEDERAL QUESTION)**<br><br>(Removed from Pinal County Superior Court, Case No. CV201802239) |

**TO:    CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

Defendants Walmart Stores, Inc.; Mary Talley; and Christopher Alexander, ("Defendants" or "Walmart"), hereby remove the above-entitled action from the Pinal County Superior Court, State of Arizona, to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, and Local Rule 3.6. Defendants respectfully submit the following statement of grounds for removal on the basis of this Court's federal question jurisdiction.

1.      Plaintiff filed the action *Gloria L. Cobbs v. Walmart Stores, Inc., Mary Talley, and Christopher Alexander* in the Pinal County Superior Court, State of Arizona, *Case No. CV201802239* (the "Complaint" filed in the "State Court Action") on December 26, 2018. A

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

true and correct copy of the Complaint is attached hereto as **Exhibit 1**. Plaintiff's Complaint alleges claims against Walmart for race and age discrimination, and retaliation. Notably, in her Complaint, Plaintiff references the Charge of Discrimination she filed with the Equal Employment Opportunity Commission ("EEOC") in support of her allegations. The EEOC is a federal agency charged with investigating federal statutes, including Title VII which addresses race discrimination and retaliation. Plaintiff's Charge of Discrimination notates that Walmart's alleged conduct was in violation of Title VII of the Civil Rights Act of 1964 and the Arizona Civil Rights Act ("ACRA"). A copy of Plaintiff's Charge of Discrimination is attached as **Exhibit 2.** Accordingly, Plaintiff appears to be asserting discrimination claims of discrimination and harassment arising under Title VII.

2.     On January 31, 2019, Plaintiff Gloria L. Cobbs mailed, by certified mail, the Summons, Complaint, and Certificate of Compulsory Arbitration for the state court proceedings to Walmart's headquarters. Plaintiff did not properly serve Defendants. A true and complete copy of all filings received and filed by the Plaintiff in the state court action are being filed with this Notice as required by 28 U.S.C. § 1446(a) and are attached as **Exhibit 3**.

3.     This Court has original jurisdiction under 28 U.S.C. § 1331 and removal jurisdiction under 28 U.S.C. § 1441(b) because Plaintiff has alleged a federal question. Specifically, Plaintiff's Complaint purports to state causes of action under Title VII. Thus, the Complaint, although filed in Arizona state court, invokes the jurisdiction of this Court pursuant to 28 U.S.C. § 1331. "'A case arise[s] under federal law within the meaning of § 1331 . . . if a well-pleaded complaint establishes either that federal law creates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law.'" *Cook Inlet Region, Inc. v. Rude*, 690 F.3d 1127, 1130 (9th Cir. 2012) (quoting *Empire Healthchoice Assurance, Inc. v. McVeigh*, 547 U.S. 677, 689–90 (2006)) (internal citation omitted). Accordingly, this matter is removable under 28 U.S.C. § 1441(a).

4.     The Complaint also purportedly includes state law claims that are based on the

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-2-

same operative facts as Plaintiff's federal claim. Specifically, all claims in the Complaint stem from Plaintiff's employment with Walmart and her subsequent termination. Therefore, this Court has supplemental jurisdiction over the state law claim pursuant to 28 U.S.C. § 1367, and those claims are properly removable under 28 U.S.C. § 1441(c).

5.     Notice of this removal is effected properly and timely pursuant to 28 U.S.C. § 1446(b)(1) as it is filed within 30 days after Defendants were served with the Complaint in the Action.

6.     Based on the foregoing, this Action is properly removed to this Court.

7.     Defendants have given written notice of this removal to all adverse parties, in accordance with 28 U.S.C. § 1446(d).  A copy of the Notice to Adverse Party of Removal of Civil Action in the Pinal County Superior Court, State of Arizona, is attached as **Exhibit 4**.

8.     Defendants filed the Notice to State Court of Removal of Civil Action in the Pinal County Superior Court, State of Arizona and served Plaintiff with the Notice, in accordance with 28 U.S.C. § 1446(d).  A copy of the Notice to State Court of Removal of Civil Action is attached as **Exhibit 5**.

DATED this 4th day of March, 2019.

*s/ Kristy L. Peters*
Kristy L. Peters
Stanley R. Foreman Jr.
LITTLER MENDELSON, P.C.
Attorneys for Defendants

LITTLER MENDELSON, P.C
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-3-

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 4th day of March, 2019, to:

Gloria L. Cobbs
6900 E. Superstition Way
Florence, AZ 85132
Cobbsgloria7@yahoo.com
*Plaintiff Pro Se*

*s/ Linda Bullis*

FIRMWIDE:162056298.1 080000.1354

LITTLER MENDELSON, P.C
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-4-