# EXHIBIT 1

FILED
AMANDA STANFORD
CLERK OF SUPERIOR COURT

2018 DEC 26 PM 4:37

BY_____ DEPUTY EAM

**Name of Person Filing:** Gloria L. Cobbs
**Street Address:** 6900 E. Superstition Way
**City, State, Zip Code:** Florence AZ 85132
**Telephone Number:** 312-213-0232
**Email Address:** cobbsgloria7@yahoo.com
☒ Representing Self (No Attorney)  or ☐ Represented by Attorney
**If Attorney, Bar Number:**

## SUPERIOR COURT OF ARIZONA
## PINAL COUNTY

In the Matter of:

Gloria L. Cobbs
**Name of Petitioner**

Walmart Stores, Inc
Mary Talley
Christopher J. Alexander
**Name of Respondent**

**CASE NUMBER:** CV201802239

**TITLE:** Retaliation, Wrongful Discharged, Discrimination Race, Age, Harrassment.

**HONORABLE:**

On or about July and Aug 2017, I reported Mary Talley a Assistant Mgr at walmart located at 1695 N. Arizona Blvd, Coolidge, AZ 85128. to the Ethic Dept due to her intentionally harrassment, avoiding to honor an request by myself that was submitted to her, and her intentionally causing me to transfer to another store, to avoid, her continue harrassment. doing, due to the reporting of her misconduct ethic pratices I requested that I be transferred, and my schedule change on or about July 2017, and I verbally talked to her about the changed of my schedule, and her transfer to another store in person. And was promised by herself that she would immediately change my schedule and approve my transfer as well, once the Store Manger, signed the transfer as well.

Other_BTP_COSCPinal_02.07.18
Use only most current version

As I continued to talk to her and waited on her to changed my schedule she continue to ignore my request. as I requested on several occassion as indicated by walmart policy guide. So I continue to request and she continue to start ignoring my request more. So I went to the Ethic Dept and reported the request of me being transferred, my schedule changed so that I can be home with my two little kids which was under age to be home daily by themselves, she continue to ignore me more. So Ethic Dept contacted her, and that when she continue to mean look no with her eyes daily, and making me stay at work until the last person scheduled on the weekly shift. I was the Cashier with the most seniority among those who was being let off work early. I have worked for walmart for 5 years and have really had an issued with my schedule at all due to my Medical Certificate, that I have always applied to any or all my request. Mary Ailey, ignore the Medical Documentation, requests presented along with my request to change my schedule. She only did it because I reported her to the Ethic Dept for this reasons.

☐ I have filed the ORIGINAL of the attached document(s) on ___12___  ___26___
                                                              (Month)      (Day)

20 __18__  With the Clerk of the Superior Court of Arizona in Pinal County.


☐ I have mailed/delivered a COPY of the attached document(s) on _____
                                                              (Month)    (Day)

20 _____  to: _____

Today's Date: __12/26/2018__  Your Signature: _____

Mrs Mary Talley, intentionally discharged me Oct 30, 2018, after the Complaint was filed against her with, the Ethic Dept at Walmart Corporate Office. On Oct 30, 2017 Mary Talley, claimed that I sweared at an customer, and that I immediately followed the customer out of the store to verbally continue to swear at this customer and to continue to harrassed this customer. It so strange that I wasn't nor havent been written up nor label as an poor employee in 5 year of my service at Walmart Inc. I wasn't nor havent ever been written up for Poor Performance as a cashier, I have always showed to be an very Outstanding Cashier, while employed and I can verify that by many Mangers, and co-workers since I was employed as an Cashier, Customer Service, Inventory Control worker. Not once has my record for my attendance, Performance or Attitude was ever an issues with me at Walmart. It was until Oct 30, 2018, but since I first started at this walmart in Coolidge, is when I began to experience problem with Mangers at this location which is Mary Talley. Assistant Mgr. She wasn't

an likable Manager, by many employees, it was of the point that she was free to leave the store and relocate to another store because of her Poor Performance attitude toward many of her workers Excluding myself. She once stated to me that my hair was too white. And she also mention my hair to another ASM (Brad). which she stated this comment too. I was harrassed by Mary Tolley since she became my boss at Coolidge. She wouldn't never speak on a daily bases to me, when she see me see others rolled her eyes, untill I confronted her about my schedule request other than that she would have never spoken to me about anything but criticism of thing not to be perfect in her eyes. I was terminated wrongfully, and with a Written or Verbal warning on paper. After me being an Stellar worker, Attendance No issues, Behavior No issues, No call offs and No misses from work. No misconduct issues, what so ever. But compared to others with Attendances Behavior, Misconduct, Race, and Promotions issues. I had no reasons to be Terminated. I have none of the above issue, that others

at walmart in Coolidge, due to her not reporting Mary Talley, but I was Immediately Terminated due to Mary Talley intentions to cause harm to me after I reported her to the Ethic Dept. And the customer was the one who swared and continue to swear at me on 10/20/2018 in front of many customers. But Mary Talley claimed I was the one whom started the incident with this customer. But that isn't nor wasnt true and my other Boss I call Deb Deb which was the Zone Mgr. knew my character before I was terminated by Mary Talley + Christopher Alexander. Deb Deb continue to contact me even after my termination she even called me on 12/25/2018 to see how I was doing. knowing I was terminated wrongfully. But there's other races whom was allowed to continue their schedule. as they did without charges been done by Talley, Mr. Alexander. as I complained to them both, other ethnic groups where allowed to work early hours with less

had at the Coolidge Walmart under the Supervision of Christopher Alexander, Mary Talley deli. I was single out for Termination only because I reported Mary Talley, to the Ethic Dept. I have several employee non-African American, that wasn't fired due to Bad Attendances, Behavior Issues Misconduct on the Job, Insubordination, I was not one of those employee. I earned 5 years of service by doing a good job and without any Behavior, or Misconduct problems. I have K.C which is non-african american whom Attendance Record was beyond Terrible, but was given chance after chance after chance until I filed an ~~suit~~ complaint with EEOC, there until he's know Terminated, Same as Malue Johnson whom attendance the same, but was fired then brought back term/K.O. until he was also named in the EEOC complaint, and Angela Johnson, who is an African American who was accused and written up by a CSM Samantha for Misconduct and insubordination, and swearing at a Ked was on duty, who was never fired immediately, but she remained on duty

seniority and I was not and it was the policy of the Walmart Store Manager to decide that all whom had seniority was always able to receive the early shift before anyone else, unless they had Medical Documentation supporting their reason for the request.

But I want to be allowed to receive my Job back, and all my wages paid back to me and also be promoted to my level of employment that I had applied for and was ignored by, Mary Talley, Christopher Alexander since my employment at the Coolidge Walmart Store, and my transfer granted by the court.

I was not in non-compliance with any or all the Walmart Rules & Policy. Walmart Violated all my Rights as an Walmart employee, due to me Reporting one of their Assistant Manager Mary Talley Christopher Alexander to Police Dept. on or about or around July 2017 - Sept 2017

I was in Compliance with any and all the Walmart Policy and Rules as an Employee for 5 good years & I was a Outstanding employee. My work record shows the proof.

Other employee are to be named as well

(1) Pat - Whom claimed I presented Misconduct.
(2) Bonnie - Whom attendance was Bad as well.
(3) Louise - Whom would let her family member collect
(4) Ilene - The one whom was there when the customer cursed me out on 10/20/2018

Pat - Is an employee whom No customer care about as well, her attitude toward them was always complained about.

Non-African American
All listed above is Europeans.

x Matt - Whom was promoted to CSM and never once worked in customer service to recieve an promotion for his position. The position I applied for and wasn't promoted and I have and had works customer service daily.

9/9/2017

your Full Schedule

Aug 26 - Sep 01 week 11 | Sep 12 - Sep 03 week 12 | **Current Week** | Sep 19 - Sep 22 week 11 | Sep 23 - Sep 29 week 11

| | SCHEDULED 34 hrs 0 mins | 5 AM | 6 AM | 7 AM | 8 AM | 9 AM | 10 AM | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM | 9 PM | 10 PM | 11 PM | 12 AM | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Saturday Sep 09 | 7 hrs 0 mins Cashier Meal: 9:30am - 10:30am | | 6am | | | | | | | | 2pm | | | | | | | | | | | | | Avail - Not Available Pref - All Day |
| Sunday Sep 10 | | | | | | | | | | | | | | | | | | | | | | | | Avail - Not Available Pref - All Day |
| Monday Sep 11 | | | | | | | | | | | | | | | | | | | | | | | | Avail - Not Available Pref - All Day |
| Tuesday Sep 12 | 8 hrs 0 mins Cashier Meal: 11am - 12pm | | 6am | 7am | | | | | | | | | 4pm 4pm | | | | | | | | | | | Avail - 6am - 4pm Pref - All Day |
| Wednesday Sep 13 | 5 hrs 30 mins Cashier Meal: None | | 6am | | | | | | | | | | 4pm | 5:30pm | | | | | 11pm | | | | | Avail - 6am - 4pm Pref - All Day |
| Thursday Sep 14 | 8 hrs 0 mins Cashier Meal: 6pm - 7pm | | 6am | | | | | | | | 2pm | | 4pm | | | | | | 11pm | | | | | Avail - 6am - 4pm Pref - All Day |
| Friday Sep 15 | 5 hrs 30 mins Cashier Meal: None | | 6am | | | | | | | | | | 4pm | 4:30pm | | | | 10pm | | | | | | Avail - 6am - 4pm Pref - All Day |

*Handwritten notes:* MOUNTAIN PK Med CH. 11am

1858 E. SOUTHERN AVE

Dr. Appt. 1858 E. Southern Ave Tempe operator

# EXHIBIT 2

# CHARGE OF DISCRIMINATION  Page 1 of 2

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒FEPA | TCRD-2017-0495 |
| ☐EEOC | 35A-2018-00147C |

## Arizona Attorney General's Office, Civil Rights Division and EEOC
*State or Local Agency, if any*

RECEIVED
DEC 2 6 2017
CIVIL RIGHTS SECTION
TUCSON OFFICE

| Name *(Indicate Mr., Ms., Mrs.)*<br>Ms. Gloria Cobbs | HOME TELEPHONE NO. *(Include Area Code)*<br>312.213.0232 |
|---|---|
| STREET ADDRESS<br>6900 E. Superstition Way | CITY, STATE AND ZIP CODE<br>Florence, AZ 85132 | DATE OF BIRTH<br>10/07/1967 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME. *(If more than one, list below.)*

| NAME<br>Walmart Stores, Inc. Dba Wal-Mart | NUMBER OF EMPLOYEES/MEMBERS<br>D | TELEPHONE NUMBER *(Include Area Code)*<br>520.723.0945 |
|---|---|---|
| STREET ADDRESS<br>1695 N. Arizona Blvd | CITY, STATE AND ZIP CODE<br>Coolidge, AZ 85128 | COUNTY<br>Pima |
| NAME | | TELEPHONE NUMBER *(Include Area Code)* |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*<br>☒RACE  ☐COLOR  ☐SEX  ☐RELIGION  ☐NATIONAL ORIGIN  ☐AGE<br>☒RETALIATION  ☐DISABILITY  ☐GENETIC TEST RESULTS  ☐OTHER *(Specify)* | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST *(ADEA/EPA)*    LATEST*(ALL)*<br>10/20/17<br>☒CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I.  **PERSONAL HARM:**  A. Respondent subjected me to different terms and conditions. B. Respondent subjected me to a hostile and intimidating work environment. C. Respondent terminated my employment.

II.  **RESPONDENTS REASON FOR ADVERSE ACTION:**  A-B. None given. C. I allegedly used profanity with a customer.

III.  **DISCRIMINATION STATEMENT:**  I believe Respondent discriminated against me because my race, Black, and because I opposed a practice made unlawful under the Arizona Civil Rights Act, as amended, and Title VII of the Civil Rights Act of 1964, as amended. The particulars are:

A.  In or around February 2017, I began my employment with Respondent as a Cashier. Respondent's Assistant Manager Mary Talley, was my immediate supervisor.

B.  Beginning in or around July 2017, and as recently as October 2017, Talley, who is a non-Black employee, denied my requests for shift changes, however I am aware that other, non-Black, employees have requested and have been approved shift changes.

C.  In or around August 2017, I complained to Respondent's Store Manager Christopher Alexander about the discriminatory conduct. On or about September 14, 2017, I complained to Respondent's Ethics Department about the discriminatory conduct. There were no resolutions to my complaints.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my complaint in accordance with their procedures.<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. | Signature of Complainant and Date:<br><br>X *[signature]*<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Month, Day, Year)*<br><br>*[signature]*    12/19/2017 |
|---|---|

| CHARGE OF DISCRIMINATION, Page 2 of 2<br>This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY | CHARGE NUMBER |
|---|---|---|
| | X FEPA | TCRD.2017.0495 |
| | EEOC | 35A.2018.00147C |

## Arizona Attorney General's Office, Civil Rights Division and EEOC

CASE NAME: Ms. Gloria Cobbs v Wal-Mart Associates, Inc. Dba Wal-Mart

**D.** Beginning on or around September 26, 2017, and as recently as October 20, 2017, Talley subjected me to a hostile and intimidating work environment including but not limited to, ostracizing me, and micro-managing me.

**E.** On or about October 20, 2017, Respondent terminated my employment for allegedly using profanity with a customer.

**F.** I believe and therefore allege that but for my race, Black, Respondent would not have not subjected me to different terms and conditions. I believe and further allege that but for my race, Black, and but for having complained of the discriminatory conduct, Respondent would not have subjected me to a hostile and intimidating work environment or terminated my employment.

g v 6661552

# EXHIBIT 3





LEGAL
FEB 05 2019
CENTRAL INTAKE

FILED
AMANDA STANFORD
CLERK OF SUPERIOR COURT

2018 DEC 26 PM 4:32

BY _____ EAM
DEPUTY

Name of Person Filing: *Gloria L Cobbs*
Street Address: *6700 E. Superstition Way*
City, State, Zip Code: *Florence AZ 85132*
Telephone Number: *312-213-0232*
Email Address: *cobbsgloria7@yahoo.com*
ATLAS Number (if applicable) _____
☑ Representing Self (No Attorney)    or ☐ Represented by Attorney
If Attorney, Bar Number: _____

**SUPERIOR COURT OF ARIZONA**
**PINAL COUNTY**

＊ *Walmart Stores, Inc.*
＊ *Mary Talley - ASM*
＊ *Christopher Alexander General Mgr.*
TO THE ABOVE NAMED
DEFENDANT(S)

CASE NUMBER: S1100CV2 *018022239*

SUMMONS

HONORABLE:
STEVEN J FULLER

> **WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

FROM THE STATE OF ARIZONA TO: *Walmart Stores, Inc.*
Name of Defendant

**YOU ARE HEREBY SUMMONED** and required to appear and defend, in the above entitled action within TWENTY (20) DAYS, after the service of the Summons and Complaint upon you, exclusive of the day of served. If served outside the State of Arizona, you shall appear and defend within THIRTY (30) days, exclusive the day of service.

In order to appear and defend, you must file a proper response or answer in writing with the Clerk of this Court, accompanied by the required filing fee. Failure to so appear and defend will result in a judgment by default being rendered against you for the relief requested in the Complaint.

A copy of the complaint may be obtained from the Pinal County Clerk of the Superior Court 971 Jason Lopez Circle, Building A, PO Box 2730, Florence AZ 85132.

Page 1 of 2

CV_BS_COSCPinal_02.07.18
Use only most current version

Requests for reasonable accommodations for persons with disabilities must be made to the Division assigned to the case by parties at least three (3) judicial days in advance of a scheduled court processing.

You are required by law to serve a copy of your response or answer upon the Plaintiff(s) addressed as follows:

_Stona h Cobbs_
_6900 E. Superstition Way_
_Florence AZ 85132_

GIVEN UNDER MY HAND AND THE SEAL OF THE COURT ____12/24/2018____.

**AMANDA STANFORD**
Clerk of the Superior Court

By_____
(DEPUTY CLERK)

CV_BS_COSCPinal_02.07.18
Use only most current version

FILED
AMANDA STANFORD
CLERK OF SUPERIOR COURT

2018 DEC 26 PM 4:36

BY:_____
DEPUTY
EAM

Name of Person Filing: _Gloria L. Cobbs_
Street Address: _6900 E. Superstition Way_
City, State, Zip Code: _Florence AZ 85132_
Telephone Number: _38-213-0232_
Email Address: _Cobbsgloria7@yahoo.com_
ATLAS Number (if applicable) _____
☑ Representing Self (No Attorney)   or ☐ Represented by Attorney
If Attorney, Bar Number: _____

SUPERIOR COURT OF ARIZONA
PINAL COUNTY

_Gloria L. Cobbs_
Name of Plaintiff

_Walmart Stores, Inc._
Name of Defendant

CASE NUMBER: S1100 CV201802239

CERTIFICATE OF
COMPULSORY ARBITRATION

**STEVEN J. FULLER**

The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorneys' fee, and costs ☑ **DOES** ☐ **DOES NOT** *(CHECK ONE)* exceed limits set by Local Rule for compulsory arbitration.

This case ☑ **IS** ☐ **IS NOT** *(CHECK ONE)* subject to the Uniform Rules of Procedures for Arbitration.

Date: _12/26/2018_

_____
(Signature of Attorney / Plaintiff)

Page 1 of 1

In the Superior Court of the State of Arizona
In and For the County of _Pinal_

Case Number _CV20180 2239_

## CIVIL COVER SHEET- NEW FILING ONLY
(Please Type or Print)

Plaintiff's Attorney _____

Attorney Bar Number _____

Plaintiff's Name(s): (List all)
_Glona L. Cobbs_                          Plaintiff's Address **STEVEN J. FULLER**
_____                   _6900 S. Superstition Way_
_____                   _Florence AZ 85132_
_____

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All) _Walmart Stores, Inc. Mary Talley, Christopher Ast._
_Alexander (General Mgr.)_

(List additional defendants on page two and/or attach a separate sheet)

### RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☐ Amount Claimed $_____       ☐ Tier 1      ☐ Tier 2      ☐ Tier 3

### NATURE OF ACTION

Place an "X" next to the **one** case category that most accurately describes your primary case. **Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.**

**TORT MOTOR VEHICLE:**
☐ Non-Death/Personal Injury*
☐ Property Damage*
☐ Wrongful Death*

**TORT NON-MOTOR VEHICLE:**
☐ Negligence*
☐ Product Liability – Asbestos*
☐ Product Liability – Tobacco*
☐ Product Liability – Toxic/Other*
☐ Intentional Tort*
☐ Property Damage*
☐ Legal Malpractice*

☐ Malpractice – Other professional*
☐ Premises Liability*
☐ Slander/Libel/Defamation*
☑ Other (Specify) _Retaliation_ *
_wrongful discharged;_

**MEDICAL MALPRACTICE:**
☐ Physician M.D.*        ☐ Hospital*
☐ Physician D.O.*        ☐ Other*

**CONTRACTS:**
☐ Account (Open or Stated)*
☐ Promissory Note*
☐ Foreclosure*

☐ Buyer-Plaintiff*
☐ Fraud*
☒ Other Contract (e.g., Breach of Contract)*
☐ Excess Proceeds – Sale*
☐ Construction Defects (Residential/Commercial)*
    ☐ Six to Nineteen Structures*
    ☐ Twenty or More Structures*
☐ Credit Card Debt (Maricopa County Filings Only)*

**OTHER CIVIL CASE TYPES:**
☐ Eminent Domain/Condemnation*
☐ Eviction Actions (Forcible and Special Detainers)*
☐ Change of Name
☐ Transcript of Judgment
☐ Foreign Judgment
☐ Quiet Title*
☐ Forfeiture*
☐ Election Challenge
☐ NCC – Employer Sanction Action (A.R.S. §23-212)
☐ Injunction against Workplace Harassment
☐ Injunction against Harassment
☐ Civil Penalty
☐ Water Rights (Not General Stream Adjudication)*
☐ Real Property*
☐ Special Action against Lower Courts
    (See lower court appeal cover sheet in Maricopa)
☐ Immigration Enforcement Challenge (A.R.S. §§1-501, 1-502, 11-1051)

**UNCLASSIFIED CIVIL:**
☐ Administrative Review
    (See lower court appeal cover sheet in Maricopa)
☐ Tax Appeal
(All other tax matters must be filed in the AZ Tax Court)
☐ Declaratory Judgment
☐ Habeas Corpus
☐ Landlord Tenant Dispute – Other*
☐ Declaration of Factual Innocence (A.R.S. §12-771)
☐ Declaration of Factual Improper Party Status
☐ Vulnerable Adult (A.R.S. §46-451)*
☐ Tribal Judgment
☐ Structured Settlement (A.R.S. §12-2901)
☐ Attorney Conservatorships (State Bar)
☐ Unauthorized Practice of Law (State Bar)
☐ Out-of-State Deposition for Foreign Jurisdiction
☐ Secure Attendance of Prisoner
☐ Assurance of Discontinuance
☐ In-State Deposition for Foreign Jurisdiction
☐ Eminent Domain – Light Rail Only*
☐ Interpleader – Automobile Only*
☐ Delayed Birth Certificate (A.R.S. §36-333.03)
☐ Employment Dispute – Discrimination*
☐ Employment Dispute – Other*
☐ Verified Rule 45.2 Petition
☒ Other (Specify)* _Retaliation, Wrongful Discharged._

**EMERGENCY ORDER SOUGHT:**
☐ Temporary Restraining Order
☐ Employer Sanction
☐ Provisional Remedy
☐ Other (Specify) _____
☐ OSC
☐ Election Challenge

**COMMERCIAL COURT (Maricopa County Only)**
☐ This case is eligible for the commercial court under Rule 8.1, and plaintiff requests assignment of this case to the commercial court. More information on the commercial court, including the most recent forms, are available on the court's website at https://www.superiorcourt.maricopa.gov/commercial-court/.

Additional Plaintiff(s)

_____

_____

Additional Defendant(s)

_____

_____

September 26, 2018          Page 2          AOCCV10F-010119

FILED
AMANDA STANFORD
CLERK OF SUPERIOR COURT

2018 DEC 26   PM 4:37

BY _____
                    DEPUTY   EAM

Name of Person Filing: Gloria L. Cobbs
Street Address: 6900 E. Superstition Way
City, State, Zip Code: Florence AZ 85132
Telephone Number: 312-213-0232
Email Address: cobbsglone7@yahoo.com
[X] Representing Self (No Attorney)   or [ ] Represented by Attorney
If Attorney, Bar Number: _____

## SUPERIOR COURT OF ARIZONA
## PINAL COUNTY

In the Matter of:

Gloria L. Cobbs
Name of Petitioner

Walmart Stores, Inc
Mary Talley Alexander
Christopher Alexander
Name of Respondent

CASE NUMBER: CV201802239

TITLE: Retaliation, Wrongful Discharged, Discrimination Race, Age, Harassment.

HONORABLE: _____

On or about July and Aug 2017, I reported Mary Talley Assistant Mgr at Walmart located at 1695 N. Arizona Blvd, Coolidge, AZ 85128, to the Ethic Dept due to her intentionally harassment, avoiding to honor an request by myself that was submitted to HR, and her intentionally causing me to transfer to another store, to avoid, her continue harassment, doing, due to the reporting of her misconduct ethic pratices I requested that I be transfered and my schedule change on or about July 2017, and I verbally talked to her about the charged of my schedule and her transfer to another store in person. And was promised by herself that she would immediately change my schedule and approve my transfer as well, once the Store Manager, signed the transfer as well.

Other_BTP_COSCPinal_02.07.18
Use only most current version

Mrs Mary Talley, intentionally discharged me Oct 30, 2018, after the Complaint was filed against her with the Ethic Dept at Walmart Corporate Office. On Oct 30, 2017 Mary Talley, claimed that I sweared at an customer, and that I immediately followed the customer out of the store to verbally continue to swear at this customer and to continue to harrassed this customer. It so strange that I wasn't nor haven't been written up nor label as an Poor employee in 5 year of my service at Walmart Inc. I wasn't nor haven't ever been written up for Poor performing as a cashier, I have always showed to be an very Outstanding Cashier, while employed and I can certify that by many Mangers, and co-workers since I was employed as an Cashier, Customer Service, Inventory Control worker. Not once has my record for my attendance, Performance or Attitude was ever an issues with me at Walmart. It was until Oct 30, 2018, but since I first started at this Walmart in Coolidge, is when I began to experience problems with Mangers at this location

As I continued to talk to her and waited on her to changed my schedule she continue to ignore my request. as I requested on several occassion as indicated and by unpaid policy guide. So I continue to request and she continue to start ignoring my request more. So I went to the Ethic Dept who reported the request of me being transferred, my schedule changed so that I can go home with my two little kids which was under age to go home daily by themselves. She continue to ignore me more. So Ethic Dept contacted her, and that when she continue to mean look no with her eyes daily, and making me stay at work until the last person scheduled on the weekly sheet. I was the cashier with the most seniority among those who was being let off work early. I have worked for Walmart for 5 years and have never had an issued with my schedule. at all due to my Medical Certificate, that I have always approved to any or all my requests. Mary Valley, ignore the Medical Documentation, request presented along with my request to change my schedule. She only did it because I reported her to the Ethic Dept for this reasons.

☐ I have filed the ORIGINAL of the attached document(s) on ___12___ (Month) ___26___ (Day)

20 _8_ With the Clerk of the Superior Court of Arizona in Pinal County.

☐ I have mailed/delivered a COPY of the attached document(s) on _____ (Month) (Day)

20 _____ to: _____

Today's Date: 12/26/2018 Your Signature: _____

Other_BTP_COSCPinal_02.07.18
Use only most current version

an likeable Manager, by many employees, it was to the point that she was forced to leave the store and relocate to another store because of her Poor Performance. Whitwell toward many of her workers Excluding myself. She once stated to me that my hair was too white. And she also mention my hair to another ASM (Brad). which she stated this comment too. I was harrassed by Mary Talley since she became my boss at Coolidge. She would not never speak on a Deuly bases to me, when she see me see always Rolled her eyes, until I Confurdtthed her about my schedule request other than that She would have never spoken to me about anything but criticism. by thing not to be perfect in her eyes. I was Terminated wrongfully, and with a Written or Verbal warning on proposs. After me being a Stellar Worker, Attendance No issues Behavior No issues, No call offs and No misses from work. No misconduct issues, what so ever. But compared to others with Attendances Behavior, Misconduct, Race, and Promotions issues. I had no reasons to be Terminated.

at Walmart in Coolidge, due to her not reporting Mary Talley, but I was immediately Terminated due to Mary Talley intentions to cause harm to me after I reported her to the Ethic Dept. And the customer was the one who Swaured and continue to swear at me on 10/20/2018 in front of many customers. But Mary Talley cleaned I was the one ahom started the incident with this customer. But that was not want true and my other Boss I call Deh Deh which was the Zone Mgr. Knew my Character before I was terminated by Mary Talley + Christopher Alexander. Deh Deh continue to contact me even after my termination She even called me on 12/25/2018 to see how I was doing. Knowing I was terminated wrongfully. But there's other races whom was allowed to continue their schedule. as they did without charges been done by Talley, Mr Alexander, as I complained to them both, other ethnic groups where

had at the Coolidge Walmart under the supervision of Christopher Alexander, Mary Talley deputy. I was single out for Termination only because I reported Mary Talley, to the Ethic Dept. I have several employee non-African American, that wasn't fire due to Bad Attendances, Behavior Issues Misconduct on the job, Insubordination, I was not one of those employees. I earned 5 years of Service by doing a good job and without any Behavior, or Misconduct problems. I have K.C which is non-african american whom attendance record was beyond Terrible, but was given chance after chance after chance until I filed an EEOC complaint with EEOC, there until he's know Terminated, Same as Maluc Johnson whom attendance is same, but was fire then account had Perm/K.C. until he was also named in the EEOC complaint, and Ayeh Johnson who is an African American who was accused and written up by a CSM Samatha for Misconduct and insubordination, and swearing at a Ked was on duty when never Fired

seniority and I was not and it was the policy of the Walmart Store Manager to decide that all whom had seniority was always able to recieved the early shift before anyone else, unless they had Medical Documentation supporting their reason for the request.

But I want to be allowed to receive my Job back, and all my wages paid back to me and also be promoted to my level of employment that I had applied for and was ignored by Mary Talley, Christopher Alexander since my employment at the Coolidge Walmart Store, and my transfer granted by the court.

I was not in non-compliance with any or all the Walmart Rules & Policys, Walmart Violated all my Rights as an Walmart employee, due to me Reporting one of their Assistant Manager Mary Talley, Christopher Alexander to their Dept. on or about or around July 2017 - Sept 2017.

I was in Compliance with any and all the Walmart Policy and Rules as an Employee for 5 good years I was a Outstanding Employee. My work record shows the proof.

Other employees are to be named as well.

(1) Pat — whom claimed I presented Misconduct.
(2) Bonnie — whom attendance was Bad as well.
(3) Louise — whom would let her family member collect the trad. and she would ring them up.
(4) Ilene — The one whom was there after the customer cursed me out on 10/20/2018

Pat — Is an employee whom No customer care about as well, her attitude towards them was always complained about.

Non-African American
All listed above is Europeans.

x Matt — whom was promoted to CSM and never once worked in customer service to receive an promotion for his position. The position I applied for and wasn't promoted and I have and had worked

Your Full Schedule

Current Week

| | | 5 AM | 6 AM | 7 AM | 8 AM | 9 AM | 10 AM | 11 AM | 12 PM | 1 PM | 2 PM | 3 PM | 4 PM | 5 PM | 6 PM | 7 PM | 8 PM | 9 PM | 10 PM | 11 PM | 12 AM | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

SCHEDULED
34 hrs 0 mins

| | | | | |
|---|---|---|---|---|
| **Saturday** Sep 09 | 7 hrs 0 mins Cashier Meal: 9:30am - 10:30am | 6am | 2pm | Avail - Not Available Pref - All Day |
| **Sunday** Sep 10 | | | | Avail - Not Available Pref - All Day |
| **Monday** Sep 11 | | | 4pm | Avail - 6am - 4pm Pref - All Day |
| **Tuesday** Sep 12 | 8 hrs 0 mins Cashier Meal: 11am - 12pm | 7am  6am | 4pm   5:30pm   11pm | Avail - 6am - 4pm Pref - All Day |
| **Wednesday** Sep 13 | 5 hrs 30 mins Cashier Meal: None | 6am | 4pm   2pm   11pm | Avail - 6am - 4pm Pref - All Day |
| **Thursday** Sep 14 | 8 hrs 0 mins Cashier Meal: 6pm - 7pm | 8am | 4pm   4:30pm   10pm | Avail - 6am - 4pm Pref - All Day |
| **Friday** Sep 15 | 5 hrs 30 mins Cashier Meal: None | 6am | 4pm | Avail - 6am - 4pm Pref - All Day |

*Handwritten notes:* Mountain Pk Med Ct. 11am

→ 1858 E. Southern Ave.

Dr Appt. 1858 E. Southern Ave Tempe chiropractor

FILED
AMANDA STANFORD
CLERK OF SUPERIOR COURT

2018 DEC 26  PM 4:52

_Gloria Cobbs_

**SUPERIOR COURT OF ARIZONA**
**PINAL COUNTY**
(971 N. Jason Lopez Circle Bldg. A Florence AZ 85132)

Case Number: _CV201802259_

**Name of Petitioner/Plaintiff**

**ORDER REGARDING DEFERRAL OR WAIVER
OF COURT FEES AND COSTS AND
NOTICE REGARDING CONSENT JUDGMENT**

_____
**Name of Respondent/Defendant**

_Gloria Cobbs_

THE COURT FINDS that the applicant (print name) _Gloria Cobbs_

1.  [ ]  IS NOT ELIGIBLE FOR A DEFERRAL of fees and costs.

    OR

2.  [X]  IS ELIGIBLE FOR A DEFERRAL of fees and costs based on financial eligibility. As required by state law, the applicant has signed a consent to entry of judgment.

    OR

3.  [ ]  IS ELIGIBLE FOR A DEFERRAL of fees and costs at the court's discretion (A.R.S. § 12-302(L)).

    OR

4.  [ ]  IS ELIGIBLE FOR A DEFERRAL of fees and costs based on good cause shown. As required by state law, the applicant has signed a consent to entry of judgment.

    OR

5.  [ ]  IS ELIGIBLE FOR A WAIVER of fees and costs because the applicant is permanently unable to pay.

    OR

6.  [ ]  IS ELIGIBLE FOR A WAIVER of fees and costs at the court's discretion (A.R.S. § 12-302(L)).

    OR

7.  [ ]  IS NOT ELIGIBLE FOR A WAIVER of fees and costs.

**IT IS ORDERED:**

[ ]  **DEFERRAL IS DENIED** for the following reason(s):

    [ ]  The application is incomplete because _____
        **You are encouraged to submit a complete application.**

    [ ]  The applicant does not meet the financial criteria for deferral because _____

_____
**A deferral MUST BE granted if the applicant is receiving public assistance benefits from the Temporary Assistance to Needy Families (TANF) program or Food Stamps; presents documentation they are currently receiving services from a non-profit legal services organization; has an income that is insufficient or barely sufficient to meet the daily essentials of life and that includes no allotment that could be budgeted to pay the fees and costs necessary to gain access to the court; or, if the applicant demonstrates other good cause.**

[X]  **DEFERRAL IS GRANTED** for the following fees and costs in this court:

    [X]  Any or all filing fees; fees for the issuance of either a summons and subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.
    [X]  Fees for service of process by a sheriff, marshal, constable or law enforcement agency.
    [ ]  Fees for service by publication.
    [ ]  Filing fees and photocopy fees for the preparation of the record on appeal.
    [ ]  Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

Arizona Supreme Court
Revised July 10, 2017

Page 1 of 2

AOC DFGF2F-071017

Case Number: _____

IF A DEFERRAL IS GRANTED, PLEASE CHECK ONE OF THE FOLLOWING BOXES:

[X] NO PAYMENTS WILL BE DUE UNTIL FURTHER NOTICE.
[ ] SCHEDULE OF PAYMENTS.
The applicant shall pay $_____ each _____ (week, month etc.) until paid in full, beginning _____.

[ ] WAIVER IS DENIED for all fees and costs in this case.

[ ] WAIVER IS GRANTED for all fees and costs in this case that may be waived under A.R.S. § 12-302(H).

    [ ] Any or all filing fees; fees for the issuance of either a summons or subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.
    [ ] Fees for service of process by a sheriff, marshal, constable or law enforcement agency.
    [ ] Fees for service by publication.
    [ ] Filing fees and photocopy fees for the preparation of the record on appeal.
    [ ] Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

RIGHT TO JUDICIAL REVIEW. If the application is denied or a payment schedule is set by a special commissioner, you may request the decision be reviewed by a judicial officer. The request must be made within twenty (20) days of the day the order was mailed or delivered to you. If a schedule of payments has been established, payments shall be suspended until a decision is made after judicial review. Judicial review shall be held as soon as reasonably possible.

NOTICE REGARDING CONSENT JUDGMENT. Unless any of the following applies, a consent judgment may be entered against the applicant for all fees and costs that are deferred and remain unpaid thirty (30) days after entry of final judgment:

    A. Fees and costs are taxed to another party;
    B. The applicant has an established schedule of payments in effect and is current with those payments;
    C. The applicant filed a supplemental application for waiver or further deferral of fees and costs and a decision by the court is pending;
    D. In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or
    E. Within twenty (20) days of the date the court denies the supplemental application, the applicant either:
        1. Pays the fees and costs; or,
        2. Requests a hearing on the court's order denying further deferral or waiver. If the applicant requests a hearing, the court cannot enter the consent judgment unless a hearing is held, further deferral or waiver is denied, and payment has not been made within the time prescribed by the court.

If an appeal is taken, a consent judgment for deferred fees and costs that remain unpaid in the lower court shall not be entered until thirty (30) days after the appeals process is concluded. The procedures for notice of court fees and costs and for entry of a consent judgment continue to apply.

If a consent judgment is signed and the applicant pays the fees and costs in full, the court is required to comply with the provisions of A.R.S. § 33-964(C).

DUTY TO REPORT CHANGE IN FINANCIAL CIRCUMSTANCES. An applicant who is granted a deferral or waiver shall promptly notify the court of any change in financial circumstances during the pendency of the case that would affect the applicant's ability to pay court fees and costs. Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances.

DATED: __12/20/18__      [ ] Judicial Officer   [ ] Special Commissioner

Arizona Supreme Court
Revised July 10, 2017

Page 2 of 2

AOC DFGF2F-071017

Filed on 12/26/2018 4:52:23 PM, Clerk

## SUPERIOR COURT OF ARIZONA
## PINAL COUNTY

GLORIA COBBS

**Petitioner**

CASE NUMBER: S1100CV201802239

## NOTICE OF IMPENDING DISMISSAL FOR FAILURE TO SERVE

WALMART

**Respondent**

THE HON STEVEN J FULLER,

### NOTICE AND WARNING:

Rule 4(i) - Pursuant to Rule 4(i), Arizona Rules of Civil Procedure, the Court shall dismiss the action without prejudice unless service is made upon a defendant within 90 days after the filing of the complaint.

This is notice that your case will be dismissed without further notice after 7/1/2019 at «9» ☒a.m. ☐ p.m. if you do not take at least one of the steps listed below

A. **SERVE THE OTHER PARTY WITH THE COURT PAPERS AND FILE THE PROOF OF SERVICE.** If you have served the other party, you must file proof of service with the Clerk of the Court immediately.

B. **MOTION AND ORDER TO CONTINUE ON THE INACTIVE CALENDAR:** You may file a motion requesting additional time to complete the service of the court papers before the court automatically dismisses your case. The order granting the continuance must be SIGNED by the judge BEFORE the dismissal date indicated above.

C. **VOLUNTARY DISMISSAL OF YOUR CASE.** You may dismiss your case instead of waiting for the Court Order of Dismissal. You may obtain appropriate documents and instructions from the Pinal County

**You may obtain appropriate documents and instructions from the Pinal County Clerk of the Superior Court website: http://www.coscpinalcountyaz.gov**

WARNING: Failure to comply with this notice may result in THE COURT DISMISSING YOUR CASE without prejudice.

If you have legal questions, consult an attorney who practices in this area of the law and has the expertise you need.

# EXHIBIT 4

Kristy L. Peters; AZ Bar No. 024756
kpeters@littler.com
Stanley R. Foreman Jr.; AZ Bar No. 032320
sforeman@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:    602.474.3600
Facsimile:    602.957.1801

Attorneys for Defendant

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

COUNTY OF PINAL

| | |
|---|---|
| Gloria L. Cobbs,<br><br>            Plaintiff,<br><br>v.<br><br>Walmart Stores, Inc.; Mary Talley; and Christopher Alexander,<br><br>            Defendants. | Case No. CV201802239<br><br>**NOTICE TO ADVERSE PARTIES OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br>(Assigned to Hon. Steven J. Fuller) |

**TO:    GLORIA L. COBBS**

PLEASE TAKE NOTICE that on March 4, 2019, Defendants Walmart Stores, Inc., Mary Talley, and Christopher Alexander, filed a Notice of Removal of Civil Action Under 28 U.S.C. § 1441 (federal question) with the Clerk of the United States District Court for the District of Arizona.  A copy of the Notice of Removal is attached as **Exhibit A.**

DATED this 4th day of March, 2019.

*s/Kristy L. Peters*
Kristy L. Peters
Stanley R. Foreman Jr.
LITTLER MENDELSON, P.C.
Attorneys for Defendants

LITTLER MENDELSON, P.C
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

ORIGINAL e-filed and COPY served via AZ Turbocourt this 4th day of March, 2019, to:

The Honorable Steven J. Fuller
Pinal County Superior Court Judge

COPY mailed and/or emailed this 4th day of March, 2019, to:

Gloria L. Cobbs
6900 E. Superstition Way
Florence, AZ 85132
Cobbsgloria7@yahoo.com
*Plaintiff Pro Se*


*s/ Linda Bullis*

FIRMWIDE:162526971.1 080000.1354

LITTLER MENDELSON, P.C
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-2-

# EXHIBIT 5

Kristy L. Peters; AZ Bar No. 024756
kpeters@littler.com
Stanley R. Foreman Jr.; AZ Bar No. 032320
sforeman@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:    602.474.3600
Facsimile:    602.957.1801

Attorneys for Defendant

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

COUNTY OF PINAL

| | |
|---|---|
| Gloria L. Cobbs,<br><br>    Plaintiff,<br><br>v.<br><br>Walmart Stores, Inc.; Mary Talley; and Christopher Alexander,<br><br>    Defendants. | Case No. CV201802239<br><br>**NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br>(Assigned to Hon. Steven J. Fuller) |

**TO:    PIMA COUNTY SUPERIOR COURT CLERK OF THE STATE OF ARIZONA**

PLEASE TAKE NOTICE that on March 4, 2019, Defendants Walmart Stores, Inc., Mary Talley, and Christopher Alexander, filed a Notice of Removal of Civil Action under 28 U.S.C. §§ 1332 and 1441 (federal question) with the Clerk of the United States District Court for the District of Arizona.  A copy of the Notice of Removal is attached as **Exhibit A**.

Please also take notice that the filing of the Notice of Removal with the Clerk of this Court effects the removal of the action in accordance with 28 U.S.C. § 1446(d).

DATED this 4th day of March, 2019.

*s/ Kristy L. Peters*
Kristy L. Peters
Stanley R. Foreman Jr.
LITTLER MENDELSON, P.C.
Attorneys for Defendants

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

ORIGINAL e-filed and COPY served via AZ Turbocourt this 4th day of March, 2019, to:

The Honorable _Steven J. Fuller
Pinal County Superior Court Judge

COPY mailed and/or emailed this 4th day of March, 2019, to:

Gloria L. Cobbs
6900 E. Superstition Way
Florence, AZ 85132
Cobbsgloria7@yahoo.com
*Plaintiff Pro Se*

*s/ Linda Bullis*

FIRMWIDE:162527014.1 080000.1354

LITTLER MENDELSON, P.C
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-